**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MG, *(an infant) by his parents and natural guardians LG and JG*, LG, and JG, *individually*,<br><br>Plaintiffs, | Civil Action No. 09-1869 (KSH) |
| CALDWELL-WEST CALDWELL BOARD OF EDUCATION, PEONA DEMELLO, SCOTT KEENA, BARBARA MEGIBOW, ROBERT CERCO, DANIEL GERARDI, JOHN DOE 1-10, *jointly, severally and individually*, JOANNE CALICE<br><br>Defendants. | **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court on defendants' motion for summary judgment [D.E. 21]; and the Court having considered the parties' arguments and written submissions; and the Court having heard oral argument on June 22, 2011; and for the reasons stated in the Court's Opinion filed herewith,

**IT IS** on this 30th day of June, 2011,

**ORDERED** that defendants' motion for summary judgment is **granted** as to Count Three of plaintiffs' Second Amended Complaint; and it is further

**ORDERED** the Court declines to exercise supplemental jurisdiction as to Counts One, Two, Four, Five, and Six of plaintiffs' Second Amended Complaint; and it is further

**ORDERED** that Counts One, Two, Four, Five, and Six are **dismissed without prejudice**; and it is further

**ORDERED** that the Clerk of the Court is instructed to close the case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1